**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE**

| | |
|---|---|
| IN RE THIRD PARTY SUBPOENA TO NON-PARTY ROSS K. KRUTSINGER<br><br>ROSS K. KRUTSINGER, ESQ.,<br><br>*Petitioner*,<br><br>v.<br><br>SPRINGFIELD, INC., D/B/A SPRINGFIELD ARMORY,<br><br>*Respondent*. | Case No. 1:26-mc- |

**NON-PARTY ROSS K. KRUTSINGER'S MOTION TO QUASH
SUBPOENA AND FOR A PROTECTIVE ORDER
PURSUANT TO FED. R. CIV. P. 26(C) AND 45(D)**

Pursuant to Fed. R. Civ. P. 26(c) and 45(d), Non-Party Ross K. Krutsinger hereby moves to quash the subpoena served upon him in connection with a pending action captioned *SIG Sauer Inc. v. Springfield, Inc. d/b/a Springfield Armory*, Civil Action No. 4:21-cv-04085-SLD-RLH in the United States District Court for the Central District of Illinois for the reasons set forth in the Memorandum in Support of This Motion, filed herewith.

**Certification of Concurrence Under DNH LR 7.1(c)**

Counsel for Mr. Krutsinger conferred in good faith with counsel for Springfield by telephone and email on April 13, 2026 regarding the relief requested herein. Springfield does not assent.

1

Dated: April 21, 2026                                                   **ROSS K. KRUTSINGER, ESQ.,**

                                                                        By his attorneys,

                                                                        */s/Laura L. Carroll*
                                                                        Laura L. Carroll (NH Bar No. 17444)
                                                                        Howard J. Susser
                                                                        ARENTFOX SCHIFF LLP
                                                                        800 Boylston Street, 32nd Floor
                                                                        Boston, MA 02199
                                                                        Tel: 617-973-6100
                                                                        Email: laura.carroll@afslaw.com
                                                                        Email: howard.susser@afslaw.com


**<u>CERTIFICATE OF SERVICE</u>**

   The undersigned certifies that on April 21, 2026, I electronically transmitted the foregoing Motion to Quash Subpoena and for Protective Order, attached hereto, to the Clerk of the Court using the CM/ECF System and served all counsel of record in the underlying action in the U.S. District Court for the Central District of Illinois via email, with their agreement.

                                                                        */s/Laura L. Carroll*
                                                                        Laura L. Carroll